## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## LAFAYETTE DIVISION

JASON ENDRESS,

Plaintiff,

v.

HARRIS & HARRIS, LTD.,

Defendant.

Case No. 4:17-cv-00074-JTM-APR

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JASON ENDRESS, and the Defendant, HARRIS & HARRIS, LTD., through their respective counsel that the above-captioned action is dismissed, with prejudice, against HARRIS & HARRIS, LTD., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: June 1, 2018

Respectfully Submitted,


**JASON ENDRESS**

*/s/ Marwan R. Daher*
Marwan R. Daher
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com

**HARRIS & HARRIS, LTD.**

*/s/ David M. Schultz (with consent)*
David M. Schultz
*Counsel for Defendant*
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Phone: (312) 704-3125
dschultz@hinshawlaw.com

